UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD,              )<br>                                                       )<br>          Plaintiff,                         )<br>                                                       )<br>v.                                                  )  No. 1:11-cv-01529-RLW<br>                                                       )<br>SCHERTLER & ONORATO, *et al.,*    )<br>                                                       )<br>          Defendants.                      )<br>                                                       ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Bradley C. Birkenfeld, by and through counsel, hereby provides notice of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., of:

(1)  Defendants David Schertler, David Dickieson and Peter Taylor with respect to all Counts; and

(2)  Defendant Schertler & Onorato with respect to Counts I, II, III, IV and VII, of the Complaint.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff may dismiss without prejudice the above-referenced Defendants and counts without a court order by the filing of a notice of dismissal because neither an answer nor motion for summary judgment have been served by Defendants with respect to those Counts of the Complaint identified in this notice.  *See* Rule 41(a)(1)(A)(i), Fed. R. Civ. P.

                                                    Respectfully submitted,

                                                    /s/ David K. Colapinto
                                                    David K. Colapinto
                                                    D.C. Bar No. 416390
                                                    Kohn, Kohn & Colapinto, LLP
                                                    3233 P Street, N.W.
                                                    Washington, D.C.  20007-2756
                                                    Phone: (202) 342-6980
                                                    Fax:    (202) 342-6984
                                                    Attorneys for Plaintiff

November 7, 2011

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal was served on this 7th day of November, 2011, via the Court's ECF system, upon:

Mark London
Christopher Mead
D. Bradley Clements
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036


By:    /s/ David K. Colapinto
          David K. Colapinto