UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:11-cv-01529-RLW |
| SCHERTLER & ONORATO, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Bradley C. Birkenfeld, by and through counsel, hereby provides notice of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., of:

(1) Defendants David Schertler, David Dickieson, Danny Onorato and Peter Taylor with respect to all Counts; and

(2) Defendant Schertler & Onorato with respect to Counts I, II, III, IV, VI and VII, of the Complaint.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff may dismiss without prejudice the above-referenced Defendants and counts without a court order by the filing of a notice of dismissal because neither an answer nor motion for summary judgment have been served by Defendants with respect to those Counts of the Complaint identified in this notice.  *See* Rule 41(a)(1)(A)(i), Fed. R. Civ. P.

        Respectfully submitted,

        /s/ David K. Colapinto
        David K. Colapinto
        D.C. Bar No. 416390
        Kohn, Kohn & Colapinto, LLP
        3233 P Street, N.W.
        Washington, D.C.  20007-2756
        Phone: (202) 342-6980
        Fax:    (202) 342-6984
        Attorneys for Plaintiff

November 7, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal was served on this 7th day of November, 2011, via the Court's ECF system, upon:

Mark London
Christopher Mead
D. Bradley Clements
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036


By:    /s/ David K. Colapinto
       David K. Colapinto