UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:11-cv-01529-RLW |
| SCHERTLER & ONORATO, *et al.*, | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Bradley C. Birkenfeld, by and through counsel, hereby submits his motion for voluntary dismissal of his Complaint without prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. In support of this opposition, Plaintiff refers the Court to the memorandum of points and authorities included herein. A proposed order is also submitted herewith.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted Mark London, counsel for Defendant, by telephone and determined that Defendant opposes the relief sought by this motion at this time.

For the reasons stated in the accompanying memorandum of law, this motion for voluntary dismissal without prejudice should be granted.

Plaintiff's counsel requests oral argument on this motion.

2

Respectfully submitted,

/s/ David K. Colapinto
David K. Colapinto
D.C. Bar No. 416390

/s/ Stephen M. Kohn
Stephen M. Kohn
D.C. Bar No. 411513

Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756
Phone: (202) 342-6980
Fax:     (202) 342-6984
Attorneys for Plaintiff

November 8, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served on this 8th day of November, 2011, via the Court's ECF system, upon:

Mark London
Christopher Mead
D. Bradley Clements
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036


By:     /s/ David K. Colapinto
            David K. Colapinto