## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRADLEY C. BIRKENFELD,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:11-cv-01529-RLW** |
| | ) | |
| **SCHERTLER & ONORATO,** | ) | |
| | ) | |
| **Defendant/Counterclaimant.** | ) | |

## STIPULATION AND ORDER

Plaintiff/Counterclaim Defendant Bradley C. Birkenfeld ("Plaintiff") and Defendant/Counterclaimant Schertler & Onorato ("Defendant") stipulate and agree as follows:

1.     Counts I-IV and VI of the Complaint against Schertler & Onorato are dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal. (Document #7 and #8)

2.     Defendant consents to Plaintiff's Motion for Voluntary Dismissal Without Prejudice with respect to Count V of the Complaint against Schertler & Onorato. (Document #11)  Accordingly, Count V is dismissed without prejudice.

3.     Defendant will file a Request for Arbitration with the Attorney-Client Arbitration Board of the District of Columbia Bar with respect to the fee dispute at issue in the Counterclaim.

4.     All funds or payment due to Bradley C. Birkenfeld pursuant to the IRS Whistleblower Statute shall be deposited directly into the trust account of Kohn, Kohn & Colapinto, LLP.

5.      Kohn, Kohn & Colapinto, LLP will segregate 12.5% of any award to Birkenfeld under the IRS Whistleblower Statute plus an additional $77,024 and keep those amounts separate until the fee dispute is resolved.

6.      Kohn, Kohn & Colapinto, LLP will give notice to counsel for Schertler & Onorato, Mark London, within five (5) days of its receipt of any communication from the IRS Whistleblower Office notifying Bradley Birkenfeld of its initial determination as to his eligibility for an award.  In addition, Kohn, Kohn & Colapinto, LLP will notify counsel for Schertler & Onorato immediately if any funds are paid to Birkenfeld or to Kohn, Kohn & Colapinto, LLP on Birkenfeld's behalf pursuant to the IRS Whistleblower statute.  Schertler & Onorato and its counsel will maintain the confidentiality of these notices.

7.      Defendant consents to Plaintiff's Motion for Stay of Proceedings on Defendant's Counterclaim (including all proceedings with respect to Defendant's Motion for a Writ of Attachment Before Judgment). (Document #2, #3, #4 and #10) Accordingly, all proceedings on Defendant's Counterclaim are stayed pending arbitration of the fee dispute before the Attorney-Client Arbitration Board.

8.      Defendants' Motion to Dismiss (Document #5 and #6) is denied without prejudice as moot.

Respectfully submitted,


/s/ David K. Colapinto

Stephen M. Kohn #41151
David K. Colapinto #416390
Kohn, Kohn & Colapinto, LLP
3233 P Street, NW
Washington, D.C. 20007
T: (202)342-6980
Attorneys for Plaintiff/Counterclaim
  Defendant

/s/ Mark London

Mark London  #29354
mlondon@londonandmead.com
Christopher B. Mead  #4115
cmead@londonandmead.com
D. Bradley Clements #422048
bclements@londonandmead.com
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
T: (202) 331-3334
Attorneys for Defendant/Counterclaimant


**IT IS SO ORDERED** this 29th day of November, 2011.


_____
HON. ROBERT L. WILKINS
United States District Judge

3