UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 1:11-cv-01529-RLW |
| SCHERTLER & ONORATO, | ) |
| Defendant/Counterclaimant. | ) |

**JOINT STATUS REPORT**

Comes now, the parties, Bradley Birkenfeld and Schertler & Onorato, by and through counsel, and jointly provide the Court with a joint status report pursuant to the Minute Order dated November 2, 2012.

1. The fee dispute is pending before the D.C. Attorney-Client Arbitration Board ("ACAB"). In response to Schertler & Onorato's petition seeking a fee award, Mr. Birkenfeld filed an answer and a request for dismissal. The dispositive motion is in the process of being briefed.

2. Mr. Birkenfeld's counsel has segregated 12.5% of the award to Birkenfeld under the IRS Whistleblower Statute plus an additional $77,024 and is holding those amounts separate until the fee dispute is resolved. *See* Stipulation and Order, ¶¶ 4-6 [Dkt. #17].

3. Defendant/Counterclaimant states that on October 31, 2012, Mr. Birkenfeld filed suit in the District of Columbia Superior Court (Judge Macaluso) against these same defendants in *Bradley C. Birkenfeld v. Schertler & Onorato, LLP, et al.*, Case No. 8397-12. Defendants have filed a Motion to Dismiss which is pending.

4.     Plaintiff/Counter-defendant states that the Superior Court action was filed by different counsel and alleges claims that were not raised in this action.

Respectfully submitted,

| | |
|---|---|
| /s/ David K. Colapinto | /s/ Mark London |
| David K. Colapinto #416390 | Mark London  #29354 |
| dc@kkc.com | mlondon@londonandmead.com |
| Kohn, Kohn & Colapinto, LLP | Christopher B. Mead  #4115 |
| 3233 P Street, NW | cmead@londonandmead.com |
| Washington, D.C. 20007 | D. Bradley Clements #422048 |
| T: (202)342-6980 | bclements@londonandmead.com |
| Attorneys for Plaintiff/Counterclaim  Defendant | London & Mead |
| | 1225 19th Street, N.W., Suite 320 |
| | Washington, D.C. 20036 |
| | T: (202) 331-3334 |
| | Attorneys for Defendant/Counterclaimant |

January 31, 2012