UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRADLEY C. BIRKENFELD, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 1:11-cv-01529-RLW |
| SCHERTLER & ONORATO, | ) |
| Defendant/Counterclaimant. | ) |

### JOINT STATUS REPORT

Comes now, the parties, Bradley Birkenfeld and Schertler & Onorato, by and through counsel, and jointly provide the Court with a joint status report pursuant to the Minute Order dated July 14, 2013.

1. The fee dispute is pending before the D.C. Attorney-Client Arbitration Board ("ACAB"). A panel of arbitrators has been selected and a hearing date for the arbitration has been scheduled for November 1 and 4, 2013.

2. Mr. Birkenfeld's counsel has segregated 12.5% of the award to Birkenfeld under the IRS Whistleblower Statute plus an additional $77,024 and is holding those amounts separate until the fee dispute is resolved. *See* Stipulation and Order, ¶¶ 4-6 [Dkt. #17].

3. Defendant/Counterclaimant states that on October 31, 2012, Mr. Birkenfeld filed suit in the District of Columbia Superior Court (Judge Macaluso) against these same defendants in *Bradley C. Birkenfeld v. Schertler & Onorato, LLP, et al.*, Case No. 8397-12. That matter is pending and in discovery.

4.      Plaintiff/Counter-defendant states that the Superior Court action was filed by different counsel and alleges claims that were not raised in this action.

Respectfully submitted,

/s/ David K. Colapinto
David K. Colapinto #416390
dc@kkc.com
Kohn, Kohn & Colapinto, LLP
3233 P Street, NW
Washington, D.C. 20007
T: (202)342-6980
Attorneys for Plaintiff/Counterclaim
  Defendant

/s/ Mark London
Mark London  #29354
mlondon@londonandmead.com
Christopher B. Mead  #4115
cmead@londonandmead.com
D. Bradley Clements #422048
bclements@londonandmead.com
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
T: (202) 331-3334
Attorneys for Defendant/Counterclaimant

September 25, 2013