UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 1:11-cv-01529-RLW |
| SCHERTLER & ONORATO, | ) |
| Defendant/Counterclaimant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now, the parties, Bradley Birkenfeld and Schertler & Onorato, by and through counsel, and jointly stipulate and agree as follows:

1. Defendant/Counterclaimant Schertler & Onorato has agreed to voluntarily dismiss with prejudice the arbitration of the fee dispute filed before the D.C. Attorney-Client Arbitration Board ("ACAB").

2. Plaintiff/Counter-Defendant Bradley Birkenfeld agrees to voluntarily dismiss with prejudice any and all claims asserted in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

3. Defendant/Counterclaimant Schertler & Onorato agrees to voluntarily dismiss with prejudice any and all claims asserted in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

4. Each party shall bear its own costs and attorneys fees.

5. The Court may enter an order dismissing each party's respective claims with prejudice. A proposed order is submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ David K. Colapinto<br>David K. Colapinto #416390<br>dc@kkc.com<br>Kohn, Kohn & Colapinto, LLP<br>3233 P Street, NW<br>Washington, D.C. 20007<br>T: (202)342-6980<br>Attorneys for Plaintiff/Counterclaim<br>  Defendant | /s/ Mark London<br>Mark London  #29354<br>mlondon@londonandmead.com<br>Christopher B. Mead  #4115<br>cmead@londonandmead.com<br>D. Bradley Clements #422048<br>bclements@londonandmead.com<br>London & Mead<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br>T: (202) 331-3334<br>Attorneys for Defendant/Counterclaimant |

Dated: October 31, 2013