UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY C. BIRKENFELD, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 1:11-cv-01529-RLW |
| ) | |
| SCHERTLER & ONORATO, ) | |
| ) | |
| Defendant/Counterclaimant. ) | |

ORDER

UPON CONSIDERATION of the parties' Stipulation of Dismissal With Prejudice, it be and hereby is

ORDERED that all claims filed by Plaintiff/Counter-Defendant Bradley Birkenfeld are dismissed with prejudice; and it is

FURTHER ORDERED that all claims or counterclaims filed by Defendant/Counterclaimant Schertler & Onorato are dismissed with prejudice; and it is

FURTHER ORDERED that each party shall bear its own attorneys fees and cots.

IT IS SO ORDERED.

_____        _____
DATE                               HON. ROBERT L. WILKINS
                                   United States District Judge